THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NUR-FARAH, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CONVOY, INC., et al.,<br><br>　　　　　　　Defendants. | Case No.  2:21-cv-00139-MJP<br><br>**STIPULATED MOTION TO DISMISS AND ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>MARCH 18, 2021 |

　　　Plaintiffs Nur Farah and Choice Trucking Lines and Defendant Amplify Snack Brands, Inc., incorrectly sued as Skinny Popcorn, LLC, and Keystone Food Products hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a) to the dismissal of Defendants Amplify Snack Brands, Inc., incorrectly sued as Skinny Popcorn, LLC, and Keystone Food Products, with prejudice.

　　　In consideration of this dismissal, Amplify Snack Brands, Inc., incorrectly sued as Skinny Popcorn, LLC, and Keystone Food Products stipulate that they do not assert a claim to the popcorn shipment, as more fully described in the Complaint.

STIPULATED MOTION TO DISMISS AND ORDER
(Case No. 2:21-cv-00139-MJP) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1 ///

2 DATED this 18th day of March, 2021.

3 **WHEAT LEGAL PLLC**   **CALFO EAKES LLP**

By:  *s/* Jeffery M. Wheat
    Jeffery M. Wheat, WSBA # 54228
    701 5th Avenue, Suite 4265
    Seattle, Washington 98104
    Tel: (206) 262-7381
    Fax: (206) 262-8001
    Email: jeff@wheatlegal.com

*Attorney for Plaintiffs*

**KEYSTONE FOOD PRODUCTS**

By: */s/ Roger L. Hillman*
    Roger L. Hillman, WSBA # 18643
    Paramount Law Group
    11335 NE 122nd Way
    Kirkland, WA 98034
    Tel. (425) 285 5888
    Fax. (206) 420 5369
Email: rhillman@paramountlawgroup.com

*Attorneys for Defendant Keystone Food Products*

By:*s/Emily Dodds Powell*
    Emily Dodds Powell, WSBA #49351
    1301 Second Ave., Suite 2800
    Seattle, WA 98101
    Tel:  (206) 407-2210
    Fax:  (206) 407-2224
    Email:  emilyp@calfoeakes.com

Christopher M. Corchiarino (*not admitted*)
**GOODELL, DEVRIES, LEECH
  & DANN, LLP**
One South Street, 20th Floor
Baltimore, Maryland  21202
Tel: (410) 783-4038
Fax: (410) 783-4040
Email:  cxc@gdldlaw.com

STIPULATED MOTION TO DISMISS AND ORDER
(Case No. 2:21-cv-00139-MJP) - 2

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS SO ORDERED.  Amplify Snack Brands, Inc., improperly sued as Skinny |
| 3 | Popcorn, LLC, and Keystone Food Products are DISMISSED with prejudice. |
| 4 | DATED this 18th day of March, 2021. |

_____
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| **WHEAT LEGAL PLLC** | **CALFO EAKES LLP** |
| By: *s/* Jeffery M. Wheat | By: *s/Emily Dodds Powell* |
| Jeffery M. Wheat, WSBA # 54228 | Emily Dodds Powell, WSBA #49351 |
| 701 5th Avenue, Suite 4265 | 1301 Second Ave., Suite 2800 |
| Seattle, Washington 98104 | Seattle, WA 98101 |
| Tel: (206) 262-7381 | Tel:  (206) 407-2210 |
| Fax: (206) 262-8001 | Fax:  (206) 407-2224 |
| Email: jeff@wheatlegal.com | Email:  emilyp@calfoeakes.com |
| *Attorney for Plaintiffs* | Christopher M. Corchiarino (*not admitted*) |
| | **GOODELL, DEVRIES, LEECH & DANN, LLP** |
| **KEYSTONE FOOD PRODUCTS** | One South Street, 20th Floor |
| | Baltimore, Maryland  21202 |
| By: */s/ Roger L. Hillman* | Tel: (410) 783-4038 |
| Roger L. Hillman, WSBA # 18643 | Fax: (410) 783-4040 |
| 11335 NE 122nd Way | Email:  cxc@gdldlaw.com |
| Kirkland, WA 98034 | |
| Tel. (425) 285 5888 | |
| Fax. (206) 420 5369 | |
| Email rhillman@paramountlawgroup.com | |
| | *Attorneys for Amplify Snack Brands, Inc.* |
| | *(improperly sued as Skinny Popcorn, LLC)* |

STIPULATED MOTION TO DISMISS AND ORDER
(Case No. 2:21-cv-00139-MJP) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224