THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NUR-FARAH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CONVOY, INC., <br><br> Defendant. | Case No. 2:21-cv-00139-MJP <br><br> **MOTION TO DISMISS AND [PROPOSED] ORDER** <br><br> NOTE ON MOTION CALENDAR: <br> APRIL 21, 2021 |

Pursuant to Fed. R. Civ. Proc. 41(a)(2), Plaintiffs Nur Farah and Choice Trucking Lines hereby move to voluntarily dismiss this Complaint, without prejudice.

With the interpleader Defendants dismissed, the remaining Defendant Convoy Inc. voluntarily changed their positions and requested documentation of the dumping fees associated with this matter. Plaintiffs thus move to voluntarily dismiss their complaint without conceding the validity of any of the Plaintiff's remaining claims in order to pursue settlement or arbitration thereof.

///

MOTION TO VOLUNTARILY DISMISS
Case No. 2:21-cv-00139-MJP - 1

**CISNEROS WHEAT LEGAL PLLC**
701 FIFTH AVENUE
SUITE 4265
SEATTLE, WASHINGTON 98104-7047
TELEPHONE: (206) 262-7381
info@wheatlegal.com

DATED this 21st day of April, 2021.

**CISNEROS WHEAT LEGAL PLLC**

By: _[signature]_

Jeffery M. Wheat, WSBA # 54228
701 5th Avenue, Suite 4265
Seattle, Washington 98104
Tel: (206) 262-7381
Cell: (425) 200-4586
Email: jeff@wheatlegal.com

MOTION TO VOLUNTARILY DISMISS
Case No. 2:21-cv-00139-MJP - 2

CISNEROS WHEAT LEGAL PLLC
701 FIFTH AVENUE
SUITE 4265
SEATTLE, WASHINGTON 98104-7047
TELEPHONE: (206) 262-7381
info@wheatlegal.com