UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NUR FARAH, CHOICE TRUCKING LINES,<br><br>Plaintiffs,<br><br>v.<br><br>CONVOY INC, KEYSTONE FOOD PRODUCTS, SKINNY POPCORN LLC,<br><br>Defendants. | CASE NO. C21-139 MJP<br><br>ORDER GRANTING MOTION TO DISMISS |

This matter comes before the Court on Plaintiffs' Motion to Dismiss. (Dkt. No. 15.) Having reviewed the Motion and noted the lack of any opposition, the Court GRANTS the Motion and DISMISSES this action without prejudice.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 18, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION TO DISMISS - 1